JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**
- ☒ Western
- ☐ Central
- ☐ Southwestern
- ☐ St. Joseph
- ☐ Southern

**Place of Offense** Jackson County

**Matter to be Sealed**
- ☐ Secret Indictment
- ☐ Juvenile

**Defendant Information**
Defendant Name: NORBERTO TORRES ALVARADO
Alias Name: AKA "Roberto"
Birthdate: 6/6/58

**Related Case Information**
Superseding Indictment/Information ☒ Yes ☐ No  *if yes, original case number* 00-00199-01-CR-W-S
New Defendant ☐ Yes ☒ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA: Connaury

**Interpreter Needed**
- ☐ Yes    Language and/or dialect _____
- ☒ No

**Location Status**
Arrest Date: 4/15/00
- ☒ Currently in Federal Custody
- ☐ Currently in State Custody       Writ Required ☐ Yes ☒ No
- ☐ Currently on bond

**U.S.C. Citations**
Total # of Counts: 1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|-----|------------------------------|-------------------------------|----------|
| 1 | 21:846=ND.F/6701/4 | Conspiracy To Distribute Marijuana | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

*(May be continued on reverse)*

Date: 06/12/00        Signature of AUSA: [signature]

Case 4:00-cr-00199-NKL   Document 20-1   Filed 06/13/00   Page 1 of 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | Case 4:00-cr-00199-NKL | Document 20-1    Filed 06/13/00 | Page 2 of 2 |