JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**
- ☒ Western
- ☐ Central
- ☐ Southwestern
- ☐ St. Joseph
- ☐ Southern

**Place of Offense**
Jackson County

**Matter to be Sealed**
- ☐ Secret Indictment
- ☐ Juvenile

**Defendant Information**
Defendant Name: Stephen V. Sanders
Alias Name: Vinnie
Birthdate: 4/13/64

**Related Case Information**
Superseding Indictment/Information ☒ Yes ☐ No *if yes, original case number* 00-00199-01-CR-W-5
New Defendant ☒ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA: Connory

**Interpreter Needed**
- ☐ Yes  Language and/or dialect _____
- ☒ No

**Location Status**
Arrest Date _____
- ☐ Currently in Federal Custody
- ☐ Currently in State Custody    Writ Required ☐ Yes ☒ No
- ☐ Currently on bond

**U.S.C. Citations**
Total # of Counts: 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=ND.F/6701/4 | Conspiracy To Distribute Marijuana | 1 |
| 2 | 21:853.F/6911/4 | Criminal Forfeitures | 2 |
| 3 | | | |
| 4 | | | |

*(May be continued on reverse)*

Date: 06/12/00          Signature of AUSA: [signature]

Case 4:00-cr-00199-NKL    Document 20-2    Filed 06/13/00    Page 1 of 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |